IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BILLY TAYLOR, individually and
as a member manager of
Wishbone's Music and Chicken Joint, LLC                               PLAINTIFF

v.                             No. 2:17-CV-2052

LARRY MURRY, in his individual and official capacities;
JAY CARL RIDER, a/k/a J C Rider, in his official capacity;
CHRISTOPHER CHISUM, in his individual and
official capacities; and SEAN BENOIT, in his individual
and official capacities                                               DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's opinion and order filed on this day, IT IS ORDERED AND ADJUDGED that all of Plaintiff's claims against Defendants Larry Murry, Jay Carl Rider, Christoper Chisum, and Sean Benoit are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED AND ADJUDGED this 6th day of June, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE